**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge                              September 11, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Empire Community Development LLC <br><br> Plaintiff(s), <br><br> - *against* - <br><br> Ennis**,** et al <br><br> Defendant(s). | **SCHEDULING ORDER** <br> 7:19-cv-07880-KMK-PED |

  The Court has rescheduled a **Settlement Conference** before the **Honorable Paul E. Davison**, United States Magistrate Judge the conference scheduled for September 28, 2020 at 2:30 pm is now scheduled for on **October 8, 2020 at 2:30 p.m.**

  **Please note Judge Davison's COVID-19 Order** (docketed separately) setting forth procedures applicable to all civil cases.

  Counsel are encouraged, but not required, to submit a confidential, *ex parte* letter to the Court, not to exceed 5 pages in length, no later than two (2) business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference. **Until further notice,** any such *ex parte* letter must be emailed to: ChambersNYSDDavison@nysd.uscourts.gov. Counsel shall notify all other parties of their intention to submit an *ex parte* letter no later than one week prior to the conference.

**PLEASE NOTIFY ALL OTHER PARTIES OF THE ABOVE INFORMATION IMMEDIATELY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **9/11/20**

SO ORDERED:

*/s/ Paul E. Davison*
Hon. Paul E. Davison
United States Magistrate Judge
9/11/20